IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE MITCHELL DORSEY, # 231041, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 22-0276-CG-B |
| | ) |
| BLAKE TURMAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 20, 2022 (Doc. 2) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the Northern Division of the United States District Court for the Middle District of Alabama.

**DONE** and **ORDERED** this 16th day of August, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE