IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE MITCHELL DORSEY, #231041, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:22-CV-491-WKW ) [WO] |
| BLAKE TURMAN, Sheriff at Covington County, Alabama; and MARK ODOM, Drug Taskforce Agent at Covington County, Alabama, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On January 11, 2023, the Magistrate Judge filed a Recommendation that this action be dismissed without prejudice. (Doc. # 6.) No timely objections have been filed. Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is dismissed without prejudice.

DONE this 31st day of January, 2023.

                                                    /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE